NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**FURNITURE BRANDS INTERNATIONAL, INC.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee,*

AND

**UNITED STATES INTERNATIONAL TRADE COMMISSION,**
*Defendant-Appellee,*

AND

**AMERICAN FURNITURE MANUFACTURERS COMMITTEE FOR LEGAL TRADE** AND **VAUGHAN-BASSETT FURNITURE COMPANY, INC.,**
*Defendants-Appellees.*

_____

2012-1059
_____

Appeal from the United States Court of International Trade in No. 07-CV-0026, Judge Timothy C. Stanceu.

-------------------------------------------------------------------------

**STANDARD FURNITURE**

**MANUFACTURING CO., INC.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee,*

AND

**INTERNATIONAL TRADE COMMISSION,**
*Defendant-Appellee,*

AND

**AMERICAN FURNITURE MANUFACTURERS COMMITTEE FOR LEGAL TRADE, KINCAID FURNITURE CO., INC., L. & J.G. STICKLEY, INC., SANDBERG FURNITURE MANUFACTURING COMPANY, INC., STANLEY FURNITURE COMPANY, INC., T. COPELAND AND SONS, INC., AND VAUGHAN-BASSETT FURNITURE COMPANY, INC.,**
*Defendants-Appellees.*

———————————

2012-1230

———————————

Appeal from the United States Court of International Trade in consolidated No. 07-CV-0028, Judge Timothy C. Stanceu.

-------------------------------------------------------------------------

**NEW HAMPSHIRE BALL BEARINGS, INC.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES AND**

**UNITED STATES CUSTOMS AND BORDER PROTECTION,**
*Defendants-Appellees,*

AND

**UNITED STATES INTERNATIONAL TRADE COMMISSION,**
*Defendant-Appellee,*

AND

**THE TIMKEN COMPANY AND MPB CORPORATION,**
*Defendants-Appellees.*

———————————

2012-1246

———————————

Appeal from the United States Court of International Trade in No. 08-00398, Judge Gregory W. Carman.

----------------------------------------------------------------------------

**PAT HUVAL RESTAURANT & OYSTER BAR, INC., AQUA FARMS CRAWFISH, INC., CATFISH WHOLESALE, INC., CHARLES BERNARD (DOING BUSINESS AS CHARLES' CRAWFISH PAD), ANDRE LEGER (DOING BUSINESS AS CHEZ FRANCOIS), JIM FRUGE (DOING BUSINESS AS FISHERMAN'S COVE), J. BERNARD SEAFOOD PROCESSING, INC., AND FRENCH'S ENTERPRISES SEAFOOD PEELING PLANT,**
*Plaintiffs,*

AND

**JTEKT NORTH AMERICA CORPORATION (FORMERLY KNOWN AS KOYO CORPORATION OF U.S.A.),**
*Plaintiff-Appellant,*

AND

**SKF USA, INC.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES INTERNATIONAL TRADE COMMISSION,**
*Defendant-Appellee,*

AND

**UNITED STATES CUSTOMS AND BORDER PROTECTION,**
*Defendant-Appellee,*

AND

**THE TIMKEN COMPANY AND MPB CORPORATION,**
*Defendants-Appellees.*

———————————

2012-1250, -1347

———————————

Appeals from the United States Court of International Trade in consolidated No. 06-CV-0290, Judge Gregory W. Carman.

-------------------------------------------------------------------------

**SCHAEFFLER GROUP USA, INC.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES AND UNITED STATES CUSTOMS AND BORDER PROTECTION,**
*Defendants-Appellees,*

AND

**INTERNATIONAL TRADE COMMISSION,**
*Defendant-Appellee,*

AND

**THE TIMKEN COMPANY AND MPB CORPORATION,**
*Defendants-Appellees.*

───────────────────────

2012-1269

───────────────────────

Appeal from the United States Court of International Trade in consolidated No. 06-CV-0432, Judge Gregory W. Carman.

----------------------------------------------------------------------------

**TAMPA BAY FISHERIES, INC. AND SINGLETON FISHERIES, INC.,**
*Plaintiffs-Appellants,*

v.

**UNITED STATES, UNITED STATES CUSTOMS AND BORDER PROTECTION, AND DAVID V. AGUILAR, ACTING COMMISSIONER, UNITED STATES CUSTOMS AND BORDER PROTECTION,**
*Defendants-Appellees,*

AND

**INTERNATIONAL TRADE COMMISSION AND**

**DEANNA TANNER OKUN, CHAIRMAN,
INTERNATIONAL TRADE COMMISSION,**
*Defendants-Appellees.*

───────────────

2012-1419

───────────────

Appeal from the United States Court of International Trade in No. 08-CV-0404, Judge Leo M. Gordon.

----------------------------------------------------------------

**GIORGIO FOODS, INC.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES,**
*Defendant-Appellee,*

AND

**L.K. BOWMAN COMPANY,
MONTEREY MUSHROOMS, INC.,**
AND **MUSHROOM CANNING COMPANY,**
*Defendants-Appellees.*

───────────────

2013-1304

───────────────

Appeal from the United States Court of International Trade in No. 03-CV-0286, Judge Timothy C. Stanceu.

───────────────

Before MOORE, *Circuit Judge.*

**O R D E R**

The court considers the parties' responses addressing how they believe their appeals should proceed in light of this court's final disposition of *Ashley Furniture Industries, Inc. v. United States*, 2012-1196 and *Ethan Allen Global, Inc. v. United States*, 2012-1200. The above-captioned appeals were stayed pending disposition of these cases.

Upon consideration thereof,

IT IS ORDERED THAT:

Absent the filing of a dispositive motion, the appellants' briefs in the above-captioned appeals are due within 60 days of the date of this order.

FOR THE COURT

/s/  Daniel E. O'Toole
Daniel E. O'Toole
Clerk of Court

s23