NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————————

**PAT HUVAL RESTAURANT & OYSTER BAR, INC., AQUA FARMS CRAWFISH, INC., CATFISH WHOLESALE, INC., CHARLES BERNARD (DOING BUSINESS AS CHARLES' CRAWFISH PAD), ANDRE LEGER (DOING BUSINESS AS CHEZ FRANCOIS), JIM FRUGE (DOING BUSINESS AS FISHERMAN'S COVE), J. BERNARD SEAFOOD PROCESSING, INC., AND FRENCH'S ENTERPRISES SEAFOOD PEELING PLANT,**
*Plaintiffs,*

AND

**JTEKT NORTH AMERICA CORPORATION (FORMERLY KNOWN AS KOYO CORPORATION OF U.S.A.),**
*Plaintiff-Appellant,*

AND

**SKF USA, INC.,**
*Plaintiff-Appellant,*

v.

**UNITED STATES INTERNATIONAL TRADE COMMISSION,**
*Defendant-Appellee,*

AND

## UNITED STATES CUSTOMS AND BORDER PROTECTION,
*Defendant-Appellee,*

**AND**

## THE TIMKEN COMPANY AND MPB CORPORATION,
*Defendants-Appellees.*

———————————————

2012-1250, -1347

———————————————

Appeals from the United States Court of International Trade in consolidated Nos. 06-CV-0290, 06-CV-0324, 06-CV-0328, 07-CV-0035, 08-CV-0340, and 10-CV-0001, Judge Gregory W. Carman.

———————————————

Before NEWMAN, *Circuit Judge.*

## O R D E R

The Timken Company and MPB Corporation (collectively Timken) move for summary affirmance of the Court of International Trade's decision in this case. The International Trade Commission and United States Customs and Border Protection support the motion. JTEKT North America Corp. and SKF USA, Inc., oppose.

The court deems it the better course to deny the motion and for the matter to be fully briefed.

Accordingly,

IT IS ORDERED THAT:

(1)  The motion for summary affirmance is denied.

(2)  JTEKT and SKF's initial brief is due within 30 days of the date of this order.

3                         PAT HUVAL RESTAURANT & OYSTER v. ITC

    (3)  JTEKT and SKF's motion to supplement their op-
position to the motion for summary affirmance is denied
as moot.


                                For The Court


                                /s/  Daniel E. O'Toole
                                Daniel E. O'Toole
                                Clerk of Court

s23